# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

vs.

ANN ARBOR NIGHTS, INC,
d/b/a Days Inn Hotel of Ann Arbor,

      Defendant.

_____/

Case No.

Honorable

COMPLAINT
AND JURY DEMAND

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation and to provide appropriate relief to Yannet Ruiz who was adversely affected by such practices. As alleged with greater particularity in paragraph 7, the Equal Employment Opportunity Commission alleges that Defendant, Ann Arbor Nights, Inc., doing business as Days Inn Hotel of Ann Arbor, discriminated against Ruiz on the basis of sex by subjecting her to sex discrimination in the form of a sexually hostile work environment and retaliating against her for opposing these unlawful practices.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court, Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Ann Arbor Nights, Inc., doing business as Days Inn Hotel of Ann Arbor ("the Employer") has continually been a Michigan corporation doing business in the State of Michigan and the city of Ann Arbor, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Ruiz filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least December 2006, Defendant Employer has engaged in unlawful employment practices at its Ann Arbor, Michigan facility in violation of Section 703(a) and Section 704 of Title VII, 42 U.S.C. § 2000e-2(a) and 42 U.S.C. § 2000e-3(a), by discriminating against Ruiz on the basis of sex when a supervisor subjected her to a sexually hostile work

environment, including sexual comments, physical assaults and at least one attempted sexual assault. Defendant Employer further violated Title VII of the basis of sex when it discharged and/or constructively discharged Ruiz, and discharged her in retaliation for complaining about its unlawful practices.

8. The effect of the practices complained of in paragraph 7 above, has been to deprive Ruiz of equal employment opportunities and otherwise adversely affect her status as an employee.

9. The unlawful employment practices complained of in paragraph 7 above, were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above, were done with malice or with reckless indifference to the federally protected rights of Ruiz.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sex discrimination, perpetuating a sexually hostile work environment, and retaliating against any individual who complains of sex discrimination and/or a sexually hostile work environment, and any other unlawful employment practice which discriminates on the basis of sex.

B. ORDER Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for all of its employees and which eradicate the effects of its past and present unlawful employment practices.

C. ORDER Defendant Employer to make whole Ruiz by providing compensation for

past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7, above, in amounts to be determined at trial.

      D.    ORDER Defendant to make whole Ruiz by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7, above, in amounts to be determined at trial.

      E.    ORDER Defendant Employer to pay punitive damages for its malicious or reckless conduct described in paragraph 7, above, in amounts to be proven at trial.

      F.    GRANT such further relief as the Court deems necessary and proper in the public interest.

      G.    AWARD the Commission its costs for this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Respectfully submitted,

_____
LAURIE A. YOUNG
Regional Attorney

_____
DEBORAH M. BARNO
Supervisory Trial Attorney

_____
NEDRA D. CAMPBELL (P58768)
Trial Attorney

4

Dated: June 3, 2010

DETROIT FIELD OFFICE
Patrick V. McNamara
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
nedra.campbell@eeoc.gov
Tel. No. (313) 226-3410