UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                              Case No. 10-12197

       Plaintiff,                                   Honorable John Corbett O'Meara

and YANNET RUIZ,

       Plaintiff-Intervenor,

v.

ANN ARBOR NIGHTS, INC., and JOHN DOE
(a/k/a "IMAT"),

       Defendant(s).
_____/

## ORDER GRANTING MOTION TO INTERVENE

     This matter came before the court on Yannet Ruiz's June 23, 2010 motion to intervene.

Plaintiff Equal Employment Opportunity Commission has no objection to the motion. Mot. at 2.

Defendants failed to respond to the motion. Pursuant to Local Rule 7.1(e)(2), no oral argument was

heard.

     There being no objection to the motion, it is hereby **ORDERED** that Ruiz's June 23, 2010

motion to intervene is **GRANTED.**


                       s/John Corbett O'Meara
                       United States District Judge


Date:  July 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 29, 2010, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager